UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00031-MOC-DCK

| | | |
|---|---|---|
| **KRISTIANA TWEED BURRELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **BAYER CORPORATION** | ) | |
| **BAYER HEALTHCARE LLC** | ) | |
| **BILTMORE OB-GYN, P.A.** | ) | |
| **BAYER HEALTHCARE** | ) | |
| **PHARMACEUTICALS, INC.** | ) | |
| **BAYER ESSURE, INC.** | ) | |
| **CHRISTOPHER FORD WILLIAMS** | ) | |
| **STACY D TRAVIS,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the Motion to Consolidate Pre-Trial Proceedings (#28) pending in this case. Having considered the motion and reviewed the pleadings, the court enters the following Order. Under the court's discretion and pursuant to F.R.Civ.P. 42(a), the court will grant the instant Motion and consolidate the related cases currently pending in this District.

The court notes that the plaintiffs of the related suits, a husband and wife, now consent to the consolidation (#32). The cases concern the same core nucleus of operative facts and the complaints are largely similar. Accordingly, they should be consolidated pursuant to Rule 42(a). To the extent separate trials are necessary, the court can order separate trials under Rule 42(b) after consolidation for the pre-trial proceedings.

-1-

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Consolidate (#28) is **GRANTED**, and this case shall be consolidated with 1:17-cv-32-MOC-DSC for purposes of pre-trial proceedings. The above-captioned case, ending in 31, shall be the lead case.

Signed: April 4, 2017

*[signature]*

Max O. Cogburn Jr
United States District Judge