# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| KRISTIANA TWEED BURRELL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00031-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| BAYER CORPORATION | ) | |
| BAYER HEALTHCARE LLC. | ) | |
| BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS, INC. | ) | |
| BAYER ESSURE, INC. | ) | |
| CHRISTOPHER FORD WILLIAMS | ) | |
| BILTMORE OB-GYN, P.A. | ) | |
| STACY D TRAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2017 Order.

May 10, 2017

_____
Frank G. Johns, Clerk
United States District Court